No. 91–7220. MILLER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–7221. PHILLIPE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 91–7225. RUGGLES *v.* CITY OF RIVERSIDE. C. A. 9th Cir. Certiorari denied.

No. 91–7226. ALBURY ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7230. BATTS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–7235. MINOTA-GUERRERO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7237. MCFADDEN *v.* DERWINSKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 91–7238. WARD *v.* WARD. Sup. Ct. Ga. Certiorari denied.

No. 91–7241. KENNEDY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–7254. ANDREWS *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–7259. FAIRMAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7261. GOMEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7265. DIAZ *v.* TERRELL ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–7266. ROGERS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7267. PELAEZ-CARMONA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.